█ In the Matter of ANTHONY COPERNICO, Appellant, v ELIZABETH COPERNICO, Respondent.—In a proceeding pursuant to article 6 of the Family Court Act, the appeal is from an order of the Family Court, Queens County, dated June 22, 1978, which, upon renewal and reconsideration, adhered to the original determination granting custody of the parties' son to his father and custody of their daughter to the mother. Appeal dismissed, without costs or disbursements, and without prejudice to the institution of a new proceeding to determine both custody and child support. Under the circumstances presented in this case, the order appealed from is not a final order of disposition and permission to appeal has not been granted. In any event, the evidence which the parties would have us review is, by now, stale. Hopkins, J. P., Damiani, Titone, Suozzi and Cohalan, JJ., concur.

█ In the Matter of JOHN L. CUTELLI, Petitioner, v DONALD DILWORTH, as Commissioner of Police of the County of Suffolk, Respondent.—Proceeding pursuant to CPLR article 78 to review respondent's determination, dated April 19, 1978 and made after a hearing, which found petitioner guilty of departmental charges and fined him a total of 30 vacation days. Determination confirmed and proceeding dismissed on the merits, with costs. There is substantial evidence in the record to support the findings, and the punishment imposed is not so disproportionate to the offense as to be shocking to one's sense of fairness (see *Matter of Pell v Board of Educ.,* 34 NY2d 222). There was no impropriety in the fact that the Deputy Police Commissioner acted as the hearing officer. Although the Deputy Commissioner oversees the division within the police department which is responsible for disciplinary proceedings, it was not shown that he had any personal involvement with the investigation and preliminary proceedings relating to the charges in the instant case (see *Matter of Aiello v Tempera,* 65 AD2d 791; *Matter of Gladstone v Kelley,* 52 AD2d 583, mot for lv to app den 39 NY2d 709). We have considered the petitioner's other contentions and find them to be without merit. Damiani, J. P., Gulotta, Margett and Mangano, JJ., concur.